GRACE H. GUINZBURG and Another, Appellants, v. GUSTAVE BLUMENTHAL and Another, as Executors and Trustees, etc., of ALFRED BLUMENTHAL, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

WILLIAM VAN ALEN, Appellant, v. H. CRAIG SEVERANCE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

AUSTIN J. HARE and Another, Respondents, v. HUNTER MANUFACTURING AND COMMISSION COMPANY and Others, Appellants, Impleaded with Others, Defendants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

AUSTIN J. HARE and Another, Respondents, v. HUNTER MANUFACTURING AND COMMISSION COMPANY and Others, Appellants, Impleaded with Others, Defendants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ANNA MARY BUYVID, Appellant, v. PETER JOHN BUYVID, Respondent.— Judgment reversed and judgment directed to be entered in favor of plaintiff, upon the ground that the 4th paragraph of the complaint is a sufficient allegation of adultery on the part of the defendant. Present order containing findings. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

NOVE HOLDING CORPORATION, Appellant, v. MAX SCHECHTER and Another, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JACOB HORN, Respondent, v. DENNIS J. DWYER, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER J. CANDEAU, JR., Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.; Clarke, P. J., dissents and votes for reversal and a new trial on the ground that the defendant did not have a fair trial.

L. C. PAGE COMPANY, Appellant, v. LUCY M. MONTGOMERY MACDONALD, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

FRANK L. NUGENT, Appellant, v. LOWELL INSULATED WIRE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

FORSYTH COTTON MILLS, Respondent, v. LEONARD WERTHAN and Another, Copartners, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merell, Finch and Burr, JJ.

HARPER & BROTHERS, Respondent, v. NEW HARPER'S WEEKLY CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HESTER DAVIS ESTE , Respondent, v. ETTIE NADLER, Appellant.— Judgment